IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07CR413-004 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| NICHELLE ZANDERS, | ) | |
| | ) | ORDER |
| Defendant, | ) | |

Defendant, Nichelle Zanders, was sentenced by this Court on January 9, 2008 to 3 years Probation, Home Confinement with Electronic Monitoring for 6 months, Drug Testing and Treatment, and Restitution in the amount of $2,077.96. Defendant entered a plea of guilty to Count 4 of an indictment charging 18 U.S.C. § 513(a) - Making Uttering and Possessing Counterfeited and Forged Securities of an Organization.

The Court received a Violation Report from the Pretrial/Probation office recommending the Court issue a summons for Defendant to appear for an Initial Appearance followed by a Revocation Hearing at a later date. The Violation Report listed the nature of each noncompliance: (1) Defendant's phone was disconnected due to non-payment, interrupting the operation of the monitoring equipment in violation of

the conditions of the Home Confinement Program and (2) Drug Usage. Defendant, represented by counsel, appeared before this Court for an Initial Appearance on February 14, 2008.

Mabel Harris, Treatment Specialist from the Pretrial/Probation office, confirmed Defendant's phone services were disconnected for non-payment and that Defendant tested positive for drug usage on January 9, 2008; January 11, 2008; February 4, 2008; and February 14, 2008.

Counsel for Defendant stated Defendant lives with her boyfriend who is supportive of her, does not use drugs, and that Ms. Zanders is requesting continued drug treatment.

The Government had no objections to Defendant's request.

Mabel Harris' plan of intervention for Defendant involves:

- Participation in services provided by the AIDS Task Force;
- Psychotherapy;
- Assessment Treatments at Stellar-Maris including intense drug testing two to three times per week;
- Weekly individual counseling and twice weekly group counseling at Stellar-Maris;
- Continued participation with community resources for medical, mental health, and substance abuse treatment; and,
- Home Confinement with Electronic Monitoring.

Therefore, it is ORDERED that Defendant will follow the plan of intervention outlined by Mabel Harris, Treatment Specialist, and shall continue to abide by the

conditions of Probation set forth in this Court's Judgment and Commitment entered on January 14, 2008.

This Violation Hearing is continued to May 14, 2008 at 2:00 p.m. at which time the Court will review Defendant's progress.

IT IS SO ORDERED.

                                              s/Christopher A. Boyko
                                              Christopher A. Boyko
                                              United States District Judge

February 19, 2008